Rachel A. Mihai, State Bar No. 249716
rmihai@bremerwhyte.com
Patricia K. Gandy, State Bar No. 252824
pgandy@bremerwhyte.com
Keith Bremer, State Bar No. 155920
kbremer@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Newport Beach, California 92660
Telephone:  (949) 221-1000
Facsimile:  (949) 221-1001

Attorneys for Defendant,
PALISADES CHARTER HIGH SCHOOL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MULLIGAN and ANDREW PARKE,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT; PALISADES CHARTER HIGH SCHOOL; ALBERTO M. CARAVALHO, in his official capacity as Superintendent of Los Angeles Unified School District; SCOTT M. SCHMERELSON, in his official capacity as Board Member of Los Angeles Unified School District; NICK MELVOIN, in his official capacity as Board Member of Los Angeles Unified School District; KELLY GONEZ, in her official capacity as Board Member of Los Angeles Unified School District; ROCIO RIVAS, in his official capacity as Board Member of Los Angeles Unified School District; SHERLETT HENDY NEWBILL, in her official capacity as Board Member of Los Angeles Unified School District; KARLA GRIEGO, in her official capacity as Board Member of Los Angeles Unified School District; TANYA ORTIZ FRANKLIN, in her official capacity as Board Member of Los Angeles Unified School District; JOSEPH RINGLEHAN, in his individual capacity as private citizen,<br><br>Defendants. | Case No. 2:26-cv-02133-CBM-JDE<br><br>Judge:  Hon. Consuelo B. Marshall<br><br>**DECLARATION OF PATRICIA GANDY IN SUPPORT OF DEFENDANT PALISADES CHARTER HIGH SCHOOL'S MOTION TO DISMISS**<br><br>Complaint Filed:  February 27, 2026<br><br>**DATE:          June 23, 2026**<br>**TIME:          10:00 AM**<br>**COURTROOM:   8D** |

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

**DECLARATION OF PATRICIA GANDY IN SUPPORT OF DEFENDANT PALISADES CHARTER HIGH SCHOOL'S MOTION TO DISMISS**

1670.001  4907-3186-2436.1

I, Patricia K. Gandy, declare as follows:

1.      I am an attorney at law licensed to practice before the United States Central District of California. I am an attorney at the law firm of Bremer Whyte Brown & O'Meara, LLP, counsel of record for Palisades Charter High School (hereinafter "PCHS"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      On April 9, 2026, I contacted counsel for Plaintiffs via written correspondence alerting counsel of deficiencies in Plaintiffs' complaint and PCHS' intent to file a Motion to Dismiss. Via further written correspondence on this date, we scheduled a conference pursuant to local rule 7-3 for April 14, 2026. A true and correct copy of the correspondence is attached hereto as Exhibit "A."

3.      On April 13, 2026, I sent Plaintiffs' counsel substantive correspondence detailing PCHS's arguments with regard to the defects in the Complaint in effort to facilitate a meaningful discussion for the April 14, 2026 conference. A true and correct copy of the correspondence is attached hereto as Exhibit "A."

4.      On April 14, 2026, I, along with two colleagues attended a conference with Plaintiffs' counsels to discuss the deficiencies in the Complaint.

5.      At the April 14, 2026 conference, Plaintiffs' counsel respectfully expressed their disagreement with PCHS's position and that no amendment to the Complaint to cure the alleged deficiencies would be provided and that it was their intent to sort out the issues during discovery.

6.      Despite a good faith effort on behalf of all parties, Counsel for PCHS and Plaintiffs' counsel were unable to come to a resolution which necessitates this Motion.

7.      This Declaration supports Defendant Palisades Charter High School Motion to Dismiss and Request for Judicial Notice which has attached true and correct copies of the following documents:

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

2

**DECLARATION OF PATRICIA GANDY IN SUPPORT OF DEFENDANT PALISADES CHARTER HIGH SCHOOL'S MOTION TO DISMISS**

1670.001  4907-3186-2436.1

a. Bulletin 6224.2 (hereinafter "2019 Guidelines"), titled, "Gender Identity and Students – Ensuring Equity and Nondiscrimination" issued on May 17, 2019, a true and correct copy of which is attached hereto as Exhibit B.

b. Bulletin 6224.3 (hereinafter "2024 Guidelines"), titled, "Gender Identity and Students – Ensuring Equity and Nondiscrimination" issued on August 26, 2024, a true and correct copy of which is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 24th day of April, 2026, at Newport Beach, California.

_____
Patricia K. Gandy

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

3
**DECLARATION OF PATRICIA GANDY IN SUPPORT OF DEFENDANT PALISADES CHARTER HIGH SCHOOL'S MOTION TO DISMISS**

1670.001 4907-3186-2436.1