Sloan R. Simmons, SBN 233752
Erin M. Hamor, SBN 306673
Alexandra R. Poletti, SBN 318536
**LOZANO SMITH**
400 Capitol Mall, Suite 2200
Sacramento, CA  95814
Telephone:  (916) 329-7433
Facsimile:   (916) 329-9050
Email: ssimmons@lozanosmith.com
        ehamor@lozanosmith.com
        apoletti@lozanosmith.com

Attorneys for Defendants
LOS ANGELES UNIFIED SCHOOL DISTRICT,
ALBERTO M. CARVALHO, SCOTT M. SCHMERELSON,
NICK MELVOIN, KELLY GONEZ, ROCIO RIVAS,
SHERLETT HENDY NEWBILL, KARLA GRIEGO,
TANYA ORTIZ FRANKLIN, and JOSEPH RINGLEHAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KATHLEEN MULLIGAN and ANDREW PARKE,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT; PALISADES CHARTER HIGH SCHOOL; ALBERTO M. CARVALHO, in his official capacity as Superintendent of Los Angeles Unified School District; SCOTT M. SHMERELSON, in his official capacity as Board Member of Los Angeles Unified School District; NICK MELVOIN, in his official capacity as Board Member of Los Angeles Unified School District; KELLY GONEZ, in her official capacity as Board Member of Los Angeles Unified School District; ROCIO RIVAS, in [her] official capacity as Board Member of Los Angeles Unified School District; SHERLETT | Case No. 2:26-cv-02133-CBM-JDE<br><br>**DECLARATION OF ERIN M. HAMOR IN SUPPORT OF LAUSD DEFENDANTS' AND JOSEPH RINGLEHAN'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT RE: COMPLIANCE WITH L.R. 7-3**<br><br>**(Fed. R. Civ. P. 12(b)(1), 12(b)(6).)**<br><br>Date:   June 23, 2026<br>Time:  10:00 a.m.<br>Courtroom:   8D, 8th Floor<br>Judge:   Hon. Consuelo B. Marshall<br><br>Action filed:   February 27, 2026 |

Decl. of E. Hamor in Supp. of LAUSD Defs.'
Mot. to Dismiss Compl.

Mulligan et al. v. LAUSD et al.
Case No. 2:26-cv-02133- CBM-JDE

LOZANO SMITH
400 Capitol Mall, Suite 2200 Sacramento, California 95814
Tel 916-329-7433  Fax 916-329-9050

HENDY NEWBILL, in her official capacity as Board Member of Los Angeles Unified School District; KARLA GRIEGO, in her official capacity as Board Member of Los Angeles Unified School District; TANYA ORTIZ FRANKLIN, in her official capacity as Board Member of Los Angeles Unified School District, and JOSEPH RINGLEHAN, in his individual capacity,

Defendants.

LOZANO SMITH
400 Capitol Mall, Suite 2200 Sacramento, California 95814
Tel 916-329-7433  Fax 916-329-9050

I, Erin M. Hamor, declare as follows:

1.  I am an attorney at law duly licensed to practice before all courts in the State of California, and am a partner at the law firm of Lozano Smith, counsel of record in this matter for Defendants the LOS ANGELES UNIFIED SCHOOL DISTRICT ("LAUSD"), ALBERTO M. CARVALHO, in his official capacity as Superintendent of LAUSD ("Superintendent"); SCOTT M. SCHMERELSON, in his official capacity as a Member of the LAUSD Board of Education ("Board"); NICK MELVOIN, in his official capacity as Board Member; KELLY GONEZ, in her official capacity as Board Member; ROCIO RIVAS, in her official capacity as Board Member; SHERLETT HENDY NEWBILL, in her official capacity as Board Member; KARLA GRIEGO, in her official capacity as Board Member; TANYA ORTIZ FRANKLIN, in her official capacity as Board Member (collectively "LAUSD Defendants"), and JOSEPH RINGLEHAN ("Ringlehan"), in his individual capacity. I have personal knowledge of the matters set forth herein, except those matters stated on information and belief and, if I am called upon to testify as to the truth of the statements made herein, I could and would competently testify hereto.

2.  This Declaration is being filed in support of LAUSD Defendants' and Mr. Ringlehan's Motion to Dismiss Plaintiff's Complaint in the above-captioned action pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure ("Motion"), and to demonstrate compliance with Local Rule ("L.R.") 7-3.

3.  LAUSD Defendants and Mr. Ringlehan, through counsel, complied with L.R. 7-3 prior to filing their Motion to Dismiss the Complaint.

4.  On April 7, 2026, my office sent a detailed meet and confer letter to Plaintiffs' counsel, outlining our clients' bases for the intended Motion to Dismiss the Complaint, and legal authority in support thereof, a true and correct copy of which is attached hereto and incorporated herein as **Exhibit A**.

5.  On April 10, 2026, I, along with my colleague, Alexandra Poletti, met with Plaintiffs' counsel via Zoom and discussed each of the points articulated in the meet and confer letter.  Plaintiffs' counsel respectfully expressed their disagreement with each of

LOZANO SMITH
400 Capitol Mall, Suite 2200 Sacramento, California 95814
Tel 916-329-7433  Fax 916-329-9050

Decl. of E. Hamor in Supp. of LAUSD Defs.'   - 3 -
Mot. to Dismiss Compl.                          Mulligan et al. v. LAUSD et al.
                                                Case No. 2:26-cv-02133- CBM-JDE

the intended legal bases for the motion to dismiss, expressed that they believed the allegations within the Complaint were sufficient under the law and legal standards we provided, and advised that Plaintiffs did not believe there was a legal basis to amend the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed April 26, 2026, at Sacramento, California.

/s/ *Erin M. Hamor*
Erin M. Hamor

LOZANO SMITH
400 Capitol Mall, Suite 2200 Sacramento, California 95814
Tel 916-329-7433  Fax 916-329-9050

Decl. of E. Hamor in Supp. of LAUSD Defs.'     - 4 -          Mulligan et al. v. LAUSD et al.
Mot. to Dismiss Compl.                                         Case No. 2:26-cv-02133- CBM-JDE